**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| MARTIN AKEEM DANIEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:07-CV-1 CAS |
| | ) | |
| UNKNOWN CALLET, | ) | |
| CORRECTIONAL MEDICAL SERVICES, | ) | |
| UNKNOWN JAYNES, MARSHA ATTERS, | ) | |
| REBECCA UNKNOWN, | ) | |
| UNKNOWN LIZENBEE, DEBBIE DALE, | ) | |
| UNKNOWN FRENCH, | ) | |
| UNKNOWN BLANKINSHIP, | ) | |
| CATHY UNKNOWN, and | ) | |
| DEBBIE VINSON, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER OF PARTIAL DISMISSAL
PURSUANT TO
28 U.S.C. § 1915(e)(2)(B)**

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that plaintiff's claims against defendants Correctional Medical Services and Cathy Unknown are **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

_____
**CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE**

Dated this __30th__ day of May, 2007.