# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| MARTIN AKEEM DANIEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:07-CV-1 CAS |
| ) | |
| E. RALPH CALLET, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on the defendants' in camera response to the Order of September 13, 2007, which directed defendants to provide the full names and last known addresses of the defendants sued as Unknown Callet, Unknown Jaynes, and Unknown Blankinship. On September 27, 2007, defendants provided to the Court, in camera, the full names and last known addresses of these defendants.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall file under seal defendants' in camera response to the Order of September 13, 2007.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall cause summons and plaintiff's Amended Complaint to be prepared and delivered to the United States Marshal so that service may be effected upon defendants E. Ralph Callet, Debra Jaynes, and Sandra Blankenship in accordance with Federal Rule of Civil Procedure 4(m), and shall note such delivery of summons and complaint on the Court's docket.

**IT IS FURTHER ORDERED** that the United States Marshal shall promptly deliver to the Clerk of the Court for filing, **under seal**, the completed Process Receipt and Return as to defendants Callet, Jaynes, and Blankenship, reflecting either service of process upon the defendant(s) or attempted but unsuccessful service, and the date(s) of such service and/or attempted service.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall amend the caption of this matter to read as follows: Martin Akeem Daniel v. E. Ralph Callet, et al. The parties shall use this amended caption on all future filings.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall modify the docket of this matter to replace the name "Unknown Callet" with E. Ralph Callet, "Unknown Jaynes" with Debra Jaynes, and "Unknown Blankinship" with Sandra Blankenship.

_/s/ Charles A. Shaw_
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  27th  day of September, 2007.